No. 67896.—U.S. Blanket Corp. *v.* United States, protest 61/9250 (New York).

Opinion by DONLON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351) and that certain merchandise, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise which were reported by the inspector as manifested, not found. The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, JULY 15, 1963

No. 67897.—Fruit & Easter Basket Co., Inc. *v.* United States, protest 62/3265 (Laredo).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise consists of "baskets or bags of straw," the claim of the plaintiff was sustained.

No. 67898.—James G. Wiley Co. and Daniel Bennett *v.* United States, protest 62/10713 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of temporarily strung imitation pearls similar in all material respects to those the subject of Abstract 66102, the claim of the plaintiffs was sustained.